Peter Strojnik, 6464
THE LAW FIRM OF
PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
602-297.3019
**www/strojnik.com**
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRTICT OF ARIZONA

| | |
|---|---|
| YP.CORP, INC., a Nevada Corporation [Formerly YP.Net, Inc.) ) ) ) Plaintiff, ) ) vs. ) ) SONNENSCHEIN, NATH & ROSENTHAL, ) LLP, a California Limited Liability ) Partnership, ) ) Defendant. ) | NO. CIV 05-1752 PHX-MHM  **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1), FEDERAL RULES OF CIVIL PROCEDURE** |

The adverse party has not filed an Answer nor has the adverse party filed a Motion for Summary Judgment. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff gives notice of voluntary dismissal.

RESPECTFULLY SUBMITTED this 23RD day of November, 2005.

**THE LAW FIRM OF**
PETER STROJNIK

_____
By: Peter Strojnik
Attorney for Plaintiff

The original and one copy of the foregoing electronically filed this

-1-

23rd day of November, 2005, with:

The Clerk of the District Court
401 West Washington Street
Phoenix, Arizona 85003

_____